Bradbury, J.
The relator by an amended petition states that he is a citizen and resident taxpayer of the county of Washington, and state of Ohio, and also the editor, publisher and proprietor of a newspaper, printed in and.of general circulation throughout said county, and as such editor, publisher and proprietor, is entitled to publish said report when filed, and to receive the fees therefor provided by law; that the defendants are the board of county commissioners of said county, charged with the duty of making such report. That said board did not make and file such detailed report at the time prescribed by law, and still fails and refuses to make and file the same; and prays that a writ of mandamus may issue, requiring said board to make and file the same.
To this petition the commissioners filed an answer, in which they aver the making and filing of such a report as the law required, and setting forth a copy thereof, which is in the words and figures, following:
The undersigned, as required by section 917, Revised Statutes of Ohio, submit a report of our financial transactions for the year ending August 31, 1893.
The following levies were made upon each dollar of valuation of the taxable property upon the Grand Duplicate of Washington county, for the year A. D., 1893.
For general county fund............................... 2.40 mills.
For infirmary fund.............................................. 1.00 “
For children’s home fund...............................50 “
For bridge fund....................................................... 1.25 “
For special road fund........................................ 1.50 “
*633 Annual financial exhibit of Washington county, Ohio, for the year ending August 31, 1893.
RECEIPTS.
Balance in the treasury, Sept. 1,1892... $63,838 10
Amount of tax duplicate, 1892................... 269,655 66
Amount of delinquent chattle, 1891..... 3,749 39
Amount of tax omissions and penalties, 30,751 34
Amount of unpaid liquor tax, 1892....... 6,000 00
Amount of liquor tax duplicate, 1893... 12,250 00
Amount of additions liquor tax duplicate, 1893 .......................................................... 1,569 95
Amount of common school funds received from state........................................ 20,938 50
Amount of section 16, interest received from state .......................................... 2,889 16
Amount of section 29, interest received from state.......................................... 619 84
Amount of school fund received from Athens county....................................................... 147 40
Amount of school fund received from Noble county................................................... 150 79
Amount of school fund received from Morgan county................................................... 84 91
Amount of school fund received from Monroe county................................................... 20 00
Amount of teachers’ institute fund, examination fees.............................................. 317 50
Amount of peddlers’ license fees........... 89 00
Amount of show license................................ 60 00
Amount of infirmary fund, sale of products .....................................-....................................:. 272 27
Amount of infirmary fund, support of inmates...................................................................... 230 14
Amount of fines and costs collected..... 2,924 30
Amount of ferry license................................... 22 00
*634 Amount of property sold................................ $123 50
Amount of bridge fund, property sold 5 00
Amount of soldier’s relief fund............... 14 00
Amount of section 29, ministerial fund surrender of lease..........................:................ 283 84
Amount of redemption fund........................ 16 79
Amount of teachers’ institute fund, unexpended balance....................................... 23 54
Amount of county clerk’s fees.................. 939 -70
Amount of county treasurer’s fees..... 149 73
Amount .of cigarette duplicate................... 242 58
Total receipts...................................................... $418,378 93
DISBURSEMENTS.
Amount paid state treasury........................ $39,435 46
Amount unpaid tax returned delinquent ................................................................... 14,067 12
Amount refunders allowed.......................... 95 63
Amount ,tax remitted on delinquent duplicate................................................................. 625 00
Amount county treasurers’ fees, duplicate 1892........................................................ 167 77
Amount county treasurer’s fees miscellaneous collections ..i.............................. 39 73
Amount Jan. pub. delinquent tax list... 185 78
Amount refunders on liquor duplicate 561 57
Amount county orders redeemed 1892-93..................................................................................... 279,732 31
Amount road receipts........................................ 7,457 52
Amount unpaid liquor duplicate, 1893 6,125 00
Amount unpaid cigarette duplicate..... 150 00
$348,642 99
Bal. in treasury Sept. 1, 1893 $69,735 94
*635 The following statement shows the condition of the several funds in the county treasury on the first day of September, 1893.
Redemption fund...............................................$73 54
Teachers’ institute fund................................... 214 60
Section 29, ministerial fund........................... 224 48
Soldiers’ relief fund..........:............................... 1,805 81
Dog tax fund............................................................ 2,936 03
County fund............................................................... 14,970 26
Infirmary fund........................................................ 17,035 43
Childrens’ home fund......................................... 1,457 12
Bridge fund................................................................. 11,023 71
Special road fund.................................................... 19,341 10
Tax omission fund................................................ 36 00
Monroe county fund........................................... 14 50
Belpre 1, separate school district fund............................................................................... 603 36
Total.............................................................................. $69,735 94
Countyorders were issued on the following funds during the year":
General county fund............................................ $20,565 42
Bridge fund.............................................................. 9,521 72
Infirmary fund......................................................... 14,362 06
Children’s home fund......................................... 8,051 58
Dog tax fund............................................................... 1,338 36
Special roads, fund.............................................. 19,419 16
Total............................................................................... $73,258 30
Detailed exibit of expenditures from the general county fund.
For J. A. Gage, per diem, mileage and expenses com.......................................................... $766 49
For S. S. Me Gee, per diem, mileage and expenses com........................................... 762 85
*636 Por C. M. Grubb, per diem, mileage and expenses com........................................... $237 13
Por J. W. Thorniley, per diem, mileage and expenses com................................. 480 05
Por J. P. Briggs, per diem, infirmary director...................................................................... 288 00
Por E. R. O’Neal, per diem, infirmary director.................................................................... 337 00
Por G. W. Richards, per diem, infirmary director........................................................... 275 00
For D. S. Nye, per diem, city board equalization.......................................................... 63 00
Por J. P. Hovey, per diem, city board equalization............................................................ 63 00
Por D. P. Sayre, per diem, city board equalization .......................................................... 63 00
Por C. G. Pell, per diem, city board equalization............................................................ 63 00
Por T). P. Pugh, per diem, city board equalization........................................................... 63 00
Por Jacob Rech, per diem, city board equalization .................................. 63 00
Por D. H. Merrill, per diem, city board equalization......................................................... 45 00
Por costs in road views.................................... 381 75
Por brooms for court house........................ 3 00
Por cleaning vaults, court house.............. 12 00
Por white-washing court house and jail.................................................................................... 14 00
Por plumbing court house and jail........ 70 79
Por gas fitting’ court house and jail........ 79 95
Por hauling dirt.................................................. 1 60
Por cement floor, court house...................... 162 96
Por repairing pavement................................. 29 60
Por miscellaneous repairs, court house and jail...........................:...................... 411 13
*637 For clothing prisoners.................................... $102 05
For compensation and damages, land for roads.................................................................. 880 83
For janitor and treasury watchman, court house.............................................................. 390 00
For burial indigent soldiers........................ 173 50
For county city funds...................................... 4 00
For salary prosecuting attorney.............. 1,005 44
For per cent, prosecuting attorney fines collected...................................................... 189 46
For printing road receipts................'.......... 10 00
For blanks, county auditor........................... 120 50
For blanks, sheriff............................................... 104 55
For blanks, treasury........................................... 79 90
For blanks, probate judge.............................. 489 75
For blanks, recorder.......................................... 130 29
For blanks, clerk................................................... 615 23
For blanks, prosecuting attorney........... 9 10
For recorder, indexing lots........................... 193 40
For costs criminal prosecution before J. P............................................................................... 333 14
For sheriff, prison board................................ 854 00
For sheriff, jail fees.............................................. 117 60
For sheriff j superintending prison labor............................................................................. 106 73
For sheriff, washing for prisoners........ 73 07
For sheriff, costs in criminal cases........ 73 47
For salary county auditor.............................. 2,799 40
For surveyor, platting records ............... 96 00
For freight and drayage, pub. documents ........................................................................... 5 40
For probate judge, allowance in criminal cases........................................................... 100 00
For probate judge, reported statistics 63 40
For probate judge, fees to let bail........... 60 73
*638 For probate judge, app. school examiners................................................................. $ 2 03
For probate judge, transcribing index 49 20
For coal, court house and jail..................... 62 42
For clerk, miscellaneous fees................. 680 15
For clerk, criminal fees............................ 560 23
For allowance to military companies.. 354 44
For gas, court house and jail................ 374 61
For kindling for jail.................................... • 1 50
For telephone rent ...................................... - 50 00
For boarding juries.............................'......... 98 75
For posting sheriff’s proclamation........ 17 00
For postage and box rent, auditors ■ office................................................................. 27 20
For water rent, court house and jail..... 225 15
For washing bedding at jail........................... 6 00
. For duplicates..................................................... 100 00
For publishing times holding court..... 109 34
For publishing treasury examiners’ report.....................................................................' $292 60
For postage, prosecuting attorney........ 5 84
For postage, treasurer.................:......... 2 50
For boarding prisoners workhouse.... 29 60
For cleaning court house............................... 22 60
For assessor’s blanks................................. 50 00
For auditor’s fees, railroad appraisment..................................................................... 12 00
For publishing notices, assessors’ meeting.............................................................. 3 89
For recording births and deaths....... 97 36
For repairing pump, court house.......... 3 50
For assisting prosecuting attorney..... 20 00
Forelock,treasurer’s office.......................... 4 50
For printing tax receipts......................... 125 00
For recorder, indexing lease record..... 369 48,
For map of county........................................... 5 00
*639 For defending indigent prisoners........ $75 00
For insurance, county buildings............ 326 00
For bedding for jail..................................... 4 25
For publishing commissioner’s report 224 21
For legal publications for court.............. 113 00
For furniture, court house......................... 172 84
For records for recorder.............................. 36 35
For street paving................................................. 730 17
For cleaning time lock................. 10 00
For medical attendance to prisoners..... 89 00
For costs work house cases..................... 34 77
For re-binding duplicates ................... 48 00
For stationery for stenographer and blanks....................................... 3 00
For stationery for surveyor....................... 3 10
For stationery for prosecuting attorney ............................................................................. 3 15
For subscription to newspapers and binding....................:............................................... 10 75
For supplies, court house and jail............ 152 69
For publishing rates of taxation............. 513 84
For publishing sheriff’s proclamation 212 95
For publishing notice to tax-payers..... 22 50
For hauling tile........................................................ 40
Total....................................................................... $20,565 42
Detailed exhibit of expenditures from the bridge fund for the year ending August 31, 1893:
For repairs dye culvert................................. 20 89
For repairs Shinn’s farm................................ 113 30
For repairs Pattin’s mills............................. 34 27
For turning Lowell draw............................... 92 00
For repairs Lowell draw.............................. 2 30
For painting Archer’s fork and draw, new bridge....................................................... 26 00
For repairs draw bridge................................ 5 00
*640 For turning Beverly bridge and lighting.................................................................................... $250 00
For repairs Beverly bridge........................... 141 91
For removing pier Beverly bridge........ 96 20
For hanging lamp Beverly bridge.......... 17 01
For painting Beverly bridge....................... 27 28
For repairs Twin bridge................................... 46 27
For repairs Miller bridge.............................. 16 83
For turning upper Lowell bridge.............. 94 00
For repairs upper Lowell bridge-............... 1 00
For masonry Wilson’s bridge..................... 138 55
For masonry and fill Wilson’s bridge... 177 88
For building Wilson’s bridge..................... 397 00
For building Buzzard’s' run bridge........ 125 00
For masonry and fill Dye’s arch............... 923 25
For masonry Trotter’sbridg-e..................... 299 74
For building Trotter’s bridge...................... -290 00
For fill and repairs Trotter’s bridge..... 76 00
. For building Milbaugh’s bridge................ 95 00
For masonry Double-dajr arch..................... 498 01
For fill Double day-arch................-..................... 35 50
For repairs and lumber Barnes’ bridge ‘ 54 78'
For masonry Watertown bridge................ 257 69
For building Watertown bridge................ 184 20
For repairs Watertown bridge................... 15 50
For repairs Duck Creek bridge................ Ill 82
For repairs Briggs bridge.............................. 7 31
For repairs Coal Run bridge........................ 34 50
For lanterns Beverly and Lowell bridges................................................................ 81 95
For fill Dunbar bridge...................................... 10 00
For building Liberty township bridge 50 00
For building approach Lowell bridge... 439 00
For painting Lowell draw bridge.'.......... 25 00
For running ferry at Relief........................... 60 00
*641 For running ferry at Ridgway’s................' $100 00
For painting Little Muskingum and Duck Or. bridges............................................... 75 00
For repairs Little Muskingum bridge 16 34
For repairs Scott Town bridge................ 12 75
For fill and masonry Dufer’s bridge..... 245 93
For repairs Crooked Creekbridge........... 62 75
For masonry Reynold’s bridge............... 470 28
For fill Reynold’s bridge................................ 20 00
For fill McClure’s bridge............................... 50 00
For repairs Bear Run and Newport bridge......................................................................... 31 19
For repairs and painting Newell’s Run bridge.............................................................. 156 24
For masonry Bear Run bridge..................... 144 81
For masonry Cole’s bridge.......................... 1,248 79
For approach Wilson’s Ford bridge....: 42 00
For masonry Sugar Run bridge................ 229 24
For repairs Sand Island bridge................ 152 20
For repairs Cornerville bridge............... ’ 33 03
For masonry Leget’s bridge..................... 478 57
For painting and repairs Little Hocking bridge.............................................................. 89 21
For painting and repairs Wolf Creek bridge......................................................................... 47 75
For bridge Harmar and Veto road.......... 98 00
For masonry Hart’s bridge......................... 100 00
For painting Moore’s bridge..................... 8 70
For masonry Lieth’s Run bridge.......... 25 00
For stone culverts................................................. 65 00
For bridge Watertown and Palmer road 49 00
For masonry White Water bridge........ 100 00
Total........................................................................ $9,521 72
Detailed statement of expenditure from the dog tax fund:
*642 For claims for sheep killed and injured by dogs..................................................................... $1,259 16
For witness fees, mileage andblanks 79 70
Total.................................................................. $1,338 86
Orders were issued from special road fund, as follows:
Harmar and Watertown road...................... $1,763 05
Whipple and Lebanon road......................... 628 00
Pinchville and Liberty road.......................• 622 51
Watertown and Palmer road........................ 725 46
Warner and Duck Creek road.................... 577 40
Waterford and Palmer road......................... 1,203 65
Whipple and Dalzell road................................ 255 00
Dunbar and Brown’s Mills road................' 2,127 47
Plymoth and Little Hocking road........... 784 30
Barlow and Brown’s Mills road................ 1,445 59
Waterford and Salem road.............................. 232 90
Napier and Pattin’s Mills road................ 378 20
Newport and Bean road................................... 800 16
Little Muskingum road ..1................................ 1,580 42
Salem and Hoyt’s road...................................... 530 75
Harmar and Tunnel road................................. 242 00
Marietta and-Cay wood road....................... 363 00
Marietta and Newport road......................... 134 00
Sheets’ Run and Matamoras road........ 490 00
Watertown and Fleming road.................... 20 19
Archér’s Fork and Rea’s Run road........ 935 00
Marietta and Beverly road........................... 390 00
Rinard’s bridge and Yellow House road............................................................................... 397 50
• Vincent and Fleming road........................... 556 00.
Oliver road................................................................... 453 00
Dodds road.................................................................... 696 50
Paw Paw road............................................................ 15 00
Aurelius Township road.................................. 223 68
*643 Wesley township road...................................■..... $194 50
McGrew road............................................................... 40 00
Waterford and Glencoe road......................... 129 21
Newport and Matamoras road................... 102 75
Fifteen road................................................................ • 9 00
Miscellaneous freight on tile, etc........... 295 08
Total............................................................................. $19,341 10
Detailed exhibit of expenditures from the children’s home fund, as shown by the report of the trustees:
Provisions.............................................................. $645 27
Groceries'....................................................................... 361 89
Drugs and medicines......................................... 8 05
Clothing.......................................................................... 33 80
Dry goods......................................:............................. 160 63
Boots, shoes, etc..................................................... 98 75
Laundry supplies.................................................. 35 23
Fuel and light........................................................... 288 75
Water plumbing............................................... 3 82
Postage and telegraphing.............................. 11 00
Books and stationary.......................................... 12 43
Expenses of farm and garden implements, feed, stock, labor, etc................ 326 85
Insurance...................................................................... 90 00
Furniture...................................................................... 79 29
Lumber.......................................................................... 19 59
Coffins............................................................................... 7 00
Transportations...................................................... 227 79
Miscellaneous........................................................... 89 9Ó
Salaries superintendent................................... 479 17
Salaries physician................................................... 125 00
Salaries matron....................................................... 225 00
Salaries teacher..................................................... 200 00
Employes.................................................................... 1,489 76
*644 Building..................................................................... $2,715 03
Incidental................................................................... 317 58
Total............................................................................ $8,051 58
Detailed exhibit of expenditures from the infirmary fund, as shown by the report of the infirmary directors:
Superintendent and matron ......................... $600 00
Wages of employes ......................................... 804 00
Medical attendance............................................. 154 00
Groceries and provisions................................. 986 71
Fuel and lights...................................................... 174 -67
Clothing ............................................................... 91 22
Furniture................................................................... 64 45
Manure........................................................................ 183 43
Hardware................................................................... 219 35
Feed............................................................... 316 23
Repairs..........................’................................................. 125 00
Tiling................................................................................. 25 70
Other expenses....................................................... 2,615 52
Outside aid, supplies....................................... 5,190 43
Outside aid, physicians.................................. 2,812 36
Total.......................................................................... $14,362 06
Respectfully submitted,
J. A. Gage,
S. S. McGee,
C.- M. Grubb,
Commissioners Washington county, Ohio.
Auditor’s Office, Washington county, Marietta, O., October 25, 1893.
I certify that the foregoing statement gives a correct exhibit of the receipts and disbursements from the county treasury for the year ending August 31, 1893, and the itemized exhibit of expen *645 ditures for the children’s home and county infirmary are as shown by the reports of the officers of of those institutions, and that the foregoing statement is in compliance of law.
D. H. Merrill,
Auditor, Washington Co., O.
In making and filing the report of their financial transactions for the year preceding August 31,1893, in the form just recited, did the board of county commissioners comply with the requirements of section 917, Revised Statutes?
This statute, so far as it relates to the form or substance óf the report required of the county commissioners is in the following words: Sec. 917, “The county commissioners, annually, on or before the third Monday in September, shall make a detailed report in writing, to the court of common pleas, of the county, of their financial transactions during the year preceding the time of making such report. ” * * *
If, by requiring of the county commissioners an annual “detailed” report of their financial transactions, the general assembly intended that they should reduce their account to its ultimate analysis, then the account set forth by the commissions in their answer did not comply with the statute; for it is obvious that many, if not all of the items (so-called,) in this report, are made up of a large number of more minute items. For illustration, under the statement of expenditures from dog tax fund, only two items are found:
For claims for sheep killed by dogs..... $1,259 16
Witness fees, mileage and blanks........... 79 70
Total....'..................................................................... $1,338 86
*646 A subsequent part of the record discloses that there were at least fifty-seven distinct claims paid on account of sheep killed or injured by dogs. Probably there were a number of others. If, however, the number was fifty-seven, only, as the statute requires each claim to be established by two witnesses, and as each witness would be entitled to a specific fee of fifty cents and mileage, and as the account reduced to its last analysis must state the fee and mileage separately, each sheep claim would require five distinct items, making for the fifty-seven claims, two hundred and seventy-five items, instead of two as stated in this report; requiring nearly as- much space for stating it and expense for its publication as will be necessary in respect of the entire report as made. This part of the report perhaps shows a greater condensation than any other portion of it; but an inspection of the whole statement, as reported, will clearly show that a reduction to its final analysis, would enlarge it many fold. In the more populous and wealthy counties, Hamilton and Cuyahoga for instance, the report would swell into an immense volume if thus extended, no one would be found patient enough to wade through the vast mass of detail, and each item would be lost in the multitude of its fellows,. It is, of course, within the power of the general assembly to require such minuteness as this in the report made by the commissioners, but unless the language chosen by that body imperatively demands such construction, the section should not, in our opinion, be so construed. Doubtless an account or report which gave the most minute circumstances of a transaction or resolved into its ultimate component parts every composite item, would properly fall within the *647 definition of a detailed account or report; but the common acceptation of the term, as applied to the ordinary transactions of mankind, denotes also, a much less specific and extended sub-division of a transaction.
None of the lexicographers assign to this word “detail” such a fixed and unyielding sense, as to limit’’ its application to such transactions and accounts, only, as have been subjected to the most minute and extended sub-division or analysis of which they were susceptible, nor do we think the legislature used the word in the section under consideration in this narrow sense.
In the report under consideration, the county commissioners classified the several heads of expenditure, concisely and clearly, and, under its appropriate head, stated* separately, each particular subject of expenditure. In every instance, the- purpose to be attained by the money expended, was clearly shown. The report afforded the data necessary to enable the committee appointed, pursuant to the statutes, to intelligently examine it. It advised the tax-payers of the county, of the several subjects to which the public revenue had been devoted, and the amount expended upon each subject. And this we think, is all the statute requires.
We do not undertake to say, that all reports made under this section, should be modeled after this one. In fact we think the report before us, contains matters not properly pertaining to financial transactions of the county commissioners. For instance, while it might be very proper to state the amount of money received and the sources from which it came, no necessity appears for stating the rates of taxation levied for each fund. Nor *648 are the expenditures made by the infirmary directors, and trustees of children’s homes, in any proper sense of the term, financial transactions of the county commissioners, on the contrary, they are transactions of the two former boards, because made under their direction. Though doubtless, setting aside funds for the use of those boards, is a financial transaction of the county commissioners, which should appear in their report, nor are we disposed to say that no discretion is vested in the county commissioners respecting the extent to which the report should go into details. This discretion, however should be restricted so as not to permit condensation to pass the limits that would lead to ambiguity. Each distinct subject of expenditure should be stated, together with the amount paid on account of it. On the other hand, the report should not be expanded into unnecessary minuteness of detail. The report under consideration is unobjectionable in respect to either of these two particulars, although, as we have seen, it stated matters that might have been omitted. No objection, however, was made to it on this account, and besides, the unnecessary matter is not so great as to increase the volume of the report to any considerable extent, and thereby lead to an unreasonable increase of the expense of its publication.

Judgment affirmed.